**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00700-REB-MEH

DAVID L. HILDEBRAND, an individual,

    Plaintiff,

v.

HARBOR FREIGHT TOOLS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Plaintiff's Motion To Dismiss** [#7] filed April 30, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that the claims of the plaintiff against the defendant should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion To Dismiss** [#7] filed April 30, 2009, is **GRANTED**;

2. That the claims of the plaintiff against the defendant are **DISMISSED**; and

3. That this civil action is **CLOSED**.

Dated March 25, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge